UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SHIFT4 PAYMENTS, LLC, | : | |
|      Plaintiff, | : | |
| | : | |
|    v. | : | No. 5:19-cv-00330 |
| | : | |
| ERIC SMITH; | : | |
| ALLIANCE CONSULTANT GROUP, INC., | : | |
| *d/b/a ALLIANCE BUNDLES*; | : | |
| JOHN DOES 1-10; | : | |
| ABC COMPANIES 1-10, | : | |
|      Defendants | : | |

# **O R D E R**

**AND NOW**, this 17th day of July, 2019, for the reasons set forth in the Opinion issued

this date, **IT IS ORDERED THAT**:

1.     Defendant Smith's Motion to Dismiss for lack of personal jurisdiction, ECF No.

6, is **DENIED**.

2.     Defendants Smith and Alliance's Motion to Compel Arbitration and Dismiss the

Complaint, ECF No. 14, is **GRANTED**.

3.     The Complaint, ECF No. 1, is **DISMISSED with prejudice**.

4.     This case is **CLOSED**.

BY THE COURT:

*/s/ Joseph F. Leeson, Jr.*___
JOSEPH F. LEESON, JR.
United States District Judge